E-FILED
Friday, 20 March, 2026  01:42:47 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| RICHARD DREW, as Independent Administrator of the Estate of H.D., a minor, deceased, | ) ) ) | |
| Plaintiff, | ) | No. 24-cv-3292 |
| | ) | |
| v. | ) ) | Judge Colleen R. Lawless |
| | ) | Magistrate Judge Douglas Quivey |
| NANCY COLLINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Plaintiff-Appellant Richard Drew, as the Independent Administrator of the Estate of H.D., a minor now deceased, by and through counsel, Hart McLaughlin Eldridge, LLC, and Rapier Law Firm, PLLC, hereby appeals to the United States Court of Appeals for the Seventh Circuit from: (1) Order entered September 30, 2025, granting dismissal in favor of Defendants Collins, Holmes, Hendrick, and Hedger as to the claims asserted against them in Counts I of Plaintiff's complaint, in favor of Defendant Kemmerer Village, Hebenstreit, and Brizendine as to claims asserted against them in Count II of Plaintiff's complaint, and dismissing without prejudice Plaintiff's state-law claims asserted against Defendants in Counts III – XXI of Plaintiff's Complaint; (2) Judgment entered September 30, 2025 in Count I against Defendants Collins, Holmes, Hendrick, and Hedger, dismissing with prejudice Count II against Defendant Kemmerer Village, Hebenstreit, and Brizendine, and relinquishing jurisdiction over Counts III-XXL; and (3) Order entered February 19, 2026, denying Plaintiff's motion to reconsider and alter judgment. [ECF ##79, 80, 85, respectively.]

Dated: March 20, 2026

By:    */s/ Julie A. Murphy*
_____
One of Plaintiff's Attorneys

1

Aaron Rapier, IL No. 6270472
**Rapier Law Firm, PLLC**
1770 Park Street, Suite 200
Naperville, IL 60563
(630) 853-9224
arapier@rapierlawfirm.com

Julie A. Murphy, IL No. 6290303
Sofia Villeda, IL No. 6350043
**Hart McLaughlin & Eldridge, LLC**
One South Dearborn, Suite 1400
Chicago, Illinois 60603
(312) 955-0545
jmurphy@hmelegal.com
svilleda@hmelegal.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2026, I submitted electronically for filing filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Central District of Illinois by using the CM/ECF system with service to be made through the CM/ECF system to those parties who have appeared.

*/s/ Julie A. Murphy*

Aaron Rapier, IL No. 6270472
**Rapier Law Firm, PLLC**
1770 Park Street, Suite 200
Naperville, IL 60563
(630) 853-9224
arapier@rapierlawfirm.com

Julie A. Murphy, IL No. 6290303
Sofia Villeda, IL No. 6350043
**Hart McLaughlin & Eldridge, LLC**
One South Dearborn, Suite 1400
Chicago, Illinois 60603
(312) 955-0545
jmurphy@hmelegal.com
svilleda@hmelegal.com